SUSAN S. LONG
THE LAW OFFICES OF SUSAN S. LONG
4 EAST RIDGEWOOD AVENUE, SUITE 2
RIDGEWOOD, NJ  07450

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-27068

Re:   JOSEPH A. DENOLA  
     989 GARIBALDI PL.  
     TOWNSHIP OF WASHINGTON,  NJ  07676

Atty:   SUSAN S. LONG  
     THE LAW OFFICES OF SUSAN S. LONG  
     4 EAST RIDGEWOOD AVENUE, SUITE 2  
     RIDGEWOOD, NJ  07450

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2019 | $1,110.00 | 6231240000 | 11/05/2019 | $1,110.00 | 6309165000 |
| 12/05/2019 | $1,110.00 | 6383855000 | 12/06/2019 | $1,110.00 | 6383855000 |
| 12/10/2019 | ($1,110.00) | 6383855000 | 01/06/2020 | $1,110.00 | 6462417000 |

**Total Receipts: $4,440.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,440.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | 01/13/2020 | $781.84 | 8,001,404 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 230.88 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,375.00 | 100.00% | 2,375.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIFINANCIAL SOLUTIONS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,341.90 | 100.00% | 0.00 | 7,341.90 |
| 0004 | BMW OF NORTH AMERICA | VEHICLE SECURE | 425.96 | 100.00% | 0.00 | 425.96 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 4,184.38 | 100.00% | 0.00 | 4,184.38 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 12,800.28 | 100.00% | 0.00 | 12,800.28 |
| 0010 | MIDFIRST BANK | MORTGAGE ARRE | 23,958.05 | 100.00% | 0.00 | 23,958.05 |
| 0014 | NATIONWIDE CREDIT, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | PIONEER CREDIT RECOVERY INC. | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | TEANECK EMERGENCY PHYSICIANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 7,948.46 | 100.00% | 781.84 | 7,166.62 |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 2,002.81 | 100.00% | 0.00 | 2,002.81 |
| 0022 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 144.78 | 100.00% | 0.00 | 144.78 |

**Total Paid: $3,387.72**  
See Summary

**Chapter 13 Case # 19-27068**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $4,440.00    -    Paid to Claims: $781.84    -    Admin Costs Paid: $2,605.88    =    Funds on Hand: $1,052.28

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.