UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

| | |
|---|---|
| In Re: | Case No.:  19-27068-SLM |
| Joseph DeNola, | Chapter:  13 |
| Debtor. | Hearing Date:  6/24/2020 |
| | Judge:  Meisel |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay (Docket # 26)

_____

Date: 6/19/2020            /s/ Denise Carlon
                                      Signature

*rev.8/1/15*