Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 19−27068−SLM
                         Chapter:  13
                         Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. DeNola
   989 Garibaldi Pl.
   Township of Washington, NJ 07676

Social Security No.:
   xxx−xx−7611

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on October 24, 2019.

    On 7/29/20 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  September 9, 2020
Time:                08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 30, 2020
JAN: wdh

                                                                               Jeanne Naughton
                                                                               Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-27068-SLM
Joseph A. DeNola                                                Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin              Page 1 of 2          Date Rcvd: Jul 30, 2020
                                Form ID: 185             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db             +Joseph A. DeNola,    989 Garibaldi Pl.,    Township of Washington, NJ 07676-4120
518445825      +AmeriFinancial Solutions, LLC,    PO Box 65018,    Baltimore, MD 21264-5018
518445823      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
518445824       American Express,    PO Box 315111,    Salt Lake City, UT 84131
518500712       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518445826      +Bank of America,    4909 Savarese Circle. Fl. 1,    Tampa, FL 33634-2413
518557615       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
518445830      +Dept. of Education/Navient,    PO Box 82561,    Lincoln, NE 68501-2561
518563865      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518445832      +Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
518445834      +Mr. Cooper,    PO Box 7729,    Springfield, OH 45501-7729
518445833      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
518445835      +Nationwide Credit Corp,    5503 Cherokee Ave.,    Alexandria, VA 22312-2307
518445838      +Pioneer Credit Recovery Inc.,    PO Box 500,    Horseheads, NY 14845-0500
518476251     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   NJ Division of Taxation,    Compliance/Enforcement, Bankruptcy Unit,
                 50 Barrack St., 9th Fl.,    PO Box 245,    Trenton, NJ 08695)
518445839      +Teaneck Emergency Physicians,    718 Teaneck Rd.,    Teaneck, NJ 07666-4245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 23:58:11
                 BMW Financial Services NA, LLC Department, C/O AIS,   4515 N Santa Fe Ave,   Dept. APS,
                 Oklahoma City, OK 73118-7901
518523575      +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 30 2020 23:57:08     BMW Bank,   Pob 78066,
                 Phoenix, AZ 85062-8066
518452825      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 30 2020 23:58:00
                 BMW Bank of North America,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518445827       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 30 2020 23:57:08     BMW Financial Services,
                 PO Box 3608,   Dublin, OH 43016
518445828      +E-mail/PDF: pa_dc_ed@navient.com Jul 30 2020 23:57:33     Dept. of Education/Navient,
                 PO Box 9635,   Wilkes Barre, PA 18773-9635
518445829      +E-mail/PDF: pa_dc_ed@navient.com Jul 30 2020 23:57:00     Dept. of Education/Navient,
                 123 Justison St. 3rd Fl.,    Wilmington, DE 19801-5360
518445831      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 30 2020 23:49:47     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518445836      +E-mail/Text: NCI_bankonotify@ncirm.com Jul 30 2020 23:49:28     Nationwide Credit, Inc.,
                 PO Box 14581,   Des Moines, IA 50306-3581
518478666      +E-mail/Text: electronicbkydocs@nelnet.net Jul 30 2020 23:50:19
                 U.S. Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
518550586      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 23:58:11     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518445837     ##+Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
                                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jul 30, 2020
                              Form ID: 185               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Susan S. Long    on behalf of Debtor Joseph A. DeNola susan@susanlonglaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```