**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

September 11, 2020

**Re: Standing Trustee's Notice of Distribution**
       **Case No: 19-27068**

On October 24, 2019 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Case 19-27068-SLM    Doc 39    Filed 09/11/20    Entered 09/11/20 15:30:50    Desc Main
Document      Page 2 of 3

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 11, 2020

**Chapter 13 Case # 19-27068**

Atty:   SUSAN S. LONG

Re:     JOSEPH A. DENOLA
        989 GARIBALDI PL.
        TOWNSHIP OF WASHINGTON, NJ  07676

PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2019 | $1,110.00 | 6231240000 | 11/05/2019 | $1,110.00 | 6309165000 |
| 12/05/2019 | $1,110.00 | 6383855000 | 12/06/2019 | $1,110.00 | 6383855000 |
| 12/10/2019 | ($1,110.00) | 6383855000 | 01/06/2020 | $1,110.00 | 6462417000 |
| 02/10/2020 | $1,110.00 | 6546779000 | 03/05/2020 | $1,110.00 | 6618217000 |
| 04/06/2020 | $1,110.00 | 6694556000 | 05/18/2020 | $1,110.00 | 6793174000 |
| 06/05/2020 | $1,110.00 | 6847365000 | 07/07/2020 | $1,110.00 | 6923766000 |
| 08/06/2020 | $1,110.00 | 6996849000 | 08/10/2020 | $440.00 | 6999821000 |
| 09/11/2020 | $1,550.00 | 7079495000 | | | |

**Total Receipts: $14,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $14,200.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 967.32 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,375.00 | 100.00% | 2,375.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIFINANCIAL SOLUTIONS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,341.90 | 100.00% | 0.00 | 7,341.90 |
| 0004 | BMW OF NORTH AMERICA | VEHICLE SECURE | 425.96 | 100.00% | 0.00 | 425.96 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 4,184.38 | 100.00% | 0.00 | 4,184.38 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 12,800.28 | 100.00% | 0.00 | 12,800.28 |
| 0010 | MIDFIRST BANK | MORTGAGE ARRE | 23,958.05 | 100.00% | 24.87 | 23,933.18 |
| 0014 | NATIONWIDE CREDIT, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | PIONEER CREDIT RECOVERY INC. | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | TEANECK EMERGENCY PHYSICIANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 7,948.46 | 100.00% | 7,948.46 | 0.00 |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 2,002.81 | 100.00% | 0.00 | 2,002.81 |
| 0022 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 144.78 | 100.00% | 0.00 | 144.78 |
| 0024 | MIDFIRST BANK | (NEW) MTG Agree | 15,806.17 | 100.00% | 16.41 | 15,789.76 |

**Total Paid: $11,332.06**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | 08/17/2020 | $24.87 | 854499 | 08/17/2020 | $16.41 | 854499 |
| UNITED STATES TREASURY/IRS | 01/13/2020 | $781.84 | 8001404 | 02/10/2020 | $1,052.28 | 8001441 |
| | 03/16/2020 | $1,052.28 | 8001481 | 04/20/2020 | $1,052.28 | 8001529 |
| | 05/18/2020 | $999.00 | 8001590 | 07/20/2020 | $2,025.75 | 8001710 |
| | 08/17/2020 | $985.03 | 8001769 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: September 11, 2020.

Receipts: $14,200.00      -      Paid to Claims: $7,989.74      -      Admin Costs Paid: $3,342.32    =    Funds on Hand: $2,867.94

Unpaid Balance to Claims: $66,623.05     +     Unpaid Trustee Comp: $5,401.87            =    Total Unpaid Balance: **$69,156.98

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.