SUSAN S. LONG
THE LAW OFFICES OF SUSAN S. LONG
4 EAST RIDGEWOOD AVENUE, SUITE 2
RIDGEWOOD, NJ  07450

Re:  JOSEPH A. DENOLA
     989 GARIBALDI PL.
     TOWNSHIP OF WASHINGTON,  NJ  07676

Atty:  SUSAN S. LONG
     THE LAW OFFICES OF SUSAN S. LONG
     4 EAST RIDGEWOOD AVENUE, SUITE 2
     RIDGEWOOD, NJ  07450

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-27068

## RECEIPTS AS OF 01/15/2021
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2019 | $1,110.00 | 6231240000 | 11/05/2019 | $1,110.00 | 6309165000 |
| 12/05/2019 | $1,110.00 | 6383855000 | 12/06/2019 | $1,110.00 | 6383855000 |
| 12/10/2019 | ($1,110.00) | 6383855000 | 01/06/2020 | $1,110.00 | 6462417000 |
| 02/10/2020 | $1,110.00 | 6546779000 | 03/05/2020 | $1,110.00 | 6618217000 |
| 04/06/2020 | $1,110.00 | 6694556000 | 05/18/2020 | $1,110.00 | 6793174000 |
| 06/05/2020 | $1,110.00 | 6847365000 | 07/07/2020 | $1,110.00 | 6923766000 |
| 08/06/2020 | $1,110.00 | 6996849000 | 08/10/2020 | $440.00 | 6999821000 |
| 09/11/2020 | $1,550.00 | 7079495000 | 10/13/2020 | $1,550.00 | 7153868000 |
| 11/12/2020 | $1,550.00 | 7227120000 | 12/07/2020 | $1,550.00 | 7289892000 |
| 01/04/2021 | $1,550.00 | 7355165000 | | | |

**Total Receipts: $20,400.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $20,400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BMW OF NORTH AMERICA | | | | | | |
| | 09/21/2020 | $15.64 | 855,951 | 10/19/2020 | $15.20 | 857,839 |
| | 11/16/2020 | $15.20 | 859,631 | 12/21/2020 | $15.20 | 861,449 |
| | 01/11/2021 | $15.20 | 863,243 | | | |
| MIDFIRST BANK | | | | | | |
| | 08/17/2020 | $24.87 | 854,499 | 08/17/2020 | $16.41 | 854,499 |
| | 09/21/2020 | $854.68 | 856,337 | 09/21/2020 | $563.87 | 856,337 |
| | 10/19/2020 | $854.68 | 858,196 | 10/19/2020 | $563.87 | 858,196 |
| | 11/16/2020 | $854.68 | 859,981 | 11/16/2020 | $563.87 | 859,981 |
| | 12/21/2020 | $854.68 | 861,820 | 12/21/2020 | $563.87 | 861,820 |
| | 01/11/2021 | $854.68 | 863,572 | 01/11/2021 | $563.87 | 863,572 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 01/13/2020 | $781.84 | 8,001,404 | 02/10/2020 | $1,052.28 | 8,001,441 |
| | 03/16/2020 | $1,052.28 | 8,001,481 | 04/20/2020 | $1,052.28 | 8,001,529 |
| | 05/18/2020 | $999.00 | 8,001,590 | 07/20/2020 | $2,025.75 | 8,001,710 |
| | 08/17/2020 | $985.03 | 8,001,769 | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 19-27068**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,432.32 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,375.00 | 100.00% | 2,375.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIFINANCIAL SOLUTIONS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,341.90 | 100.00% | 0.00 | 7,341.90 |
| 0004 | BMW OF NORTH AMERICA | VEHICLE SECURE | 425.96 | 100.00% | 76.44 | 349.52 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 4,184.38 | 100.00% | 0.00 | 4,184.38 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 12,800.28 | 100.00% | 0.00 | 12,800.28 |
| 0010 | MIDFIRST BANK | MORTGAGE ARRI | 23,958.05 | 100.00% | 4,298.27 | 19,659.78 |
| 0014 | NATIONWIDE CREDIT, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | PIONEER CREDIT RECOVERY INC. | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | TEANECK EMERGENCY PHYSICIANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 7,948.46 | 100.00% | 7,948.46 | 0.00 |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 2,002.81 | 100.00% | 0.00 | 2,002.81 |
| 0022 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 144.78 | 100.00% | 0.00 | 144.78 |
| 0024 | MIDFIRST BANK | (NEW) MTG Agree | 15,806.17 | 100.00% | 2,835.76 | 12,970.41 |

**Total Paid: $18,966.25**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $20,400.00          -     Paid to Claims: $15,158.93     -     Admin Costs Paid: $3,807.32     =     Funds on Hand: $1,433.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.