Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  19−27068−SLM
    Chapter:  13
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. DeNola
   989 Garibaldi Pl.
   Township of Washington, NJ 07676

Social Security No.:
   xxx−xx−7611

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/14/21 at 10:00 AM

to consider and act upon the following:

**44** − Certification in Opposition to (related document:43 Creditor's Certification of Default (related document:26 Motion for Relief from Co−Debtor Stay of Christine DeNola filed by Creditor MidFirst Bank, Motion for Relief from Stay re: re: 989 Garibaldi Place, Township of Washington, NJ 07676. Fee Amount $ 181., 30 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 03/11/2021. (Attachments: # 1 Exhibit "A" # 2 Affidavit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Susan S. Long on behalf of Joseph A. DeNola. (Attachments: # 1 Certification of Service) (Long, Susan)

Dated: 3/12/21

                                   Jeanne Naughton
                                   Clerk, U.S. Bankruptcy Court