SUSAN S. LONG
THE LAW OFFICES OF SUSAN S. LONG
4 EAST RIDGEWOOD AVENUE, SUITE 2
RIDGEWOOD, NJ  07450

Re:  JOSEPH A. DENOLA
    989 GARIBALDI PL.
    TOWNSHIP OF WASHINGTON,  NJ  07676

Atty:  SUSAN S. LONG
    THE LAW OFFICES OF SUSAN S. LONG
    4 EAST RIDGEWOOD AVENUE, SUITE 2
    RIDGEWOOD, NJ  07450

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 19-27068

### RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2019 | $1,110.00 | 6231240000 | 11/05/2019 | $1,110.00 | 6309165000 |
| 12/05/2019 | $1,110.00 | 6383855000 | 12/06/2019 | $1,110.00 | 6383855000 |
| 12/10/2019 | ($1,110.00) | 6383855000 | 01/06/2020 | $1,110.00 | 6462417000 |
| 02/10/2020 | $1,110.00 | 6546779000 | 03/05/2020 | $1,110.00 | 6618217000 |
| 04/06/2020 | $1,110.00 | 6694556000 | 05/18/2020 | $1,110.00 | 6793174000 |
| 06/05/2020 | $1,110.00 | 6847365000 | 07/07/2020 | $1,110.00 | 6923766000 |
| 08/06/2020 | $1,110.00 | 6996849000 | 08/10/2020 | $440.00 | 6999821000 |
| 09/11/2020 | $1,550.00 | 7079495000 | 10/13/2020 | $1,550.00 | 7153868000 |
| 11/12/2020 | $1,550.00 | 7227120000 | 12/07/2020 | $1,550.00 | 7289892000 |
| 01/04/2021 | $1,550.00 | 7355165000 | 02/05/2021 | $1,550.00 | 7435432000 |
| 03/05/2021 | $1,550.00 | 7505621000 | 04/07/2021 | $1,550.00 | 7584488000 |
| 05/05/2021 | $1,550.00 | 7652245000 | 06/09/2021 | $1,550.00 | 7730970000 |
| 07/07/2021 | $1,550.00 | 7796445000 | 08/04/2021 | $1,550.00 | 7859605000 |
| 09/13/2021 | $1,550.00 | 7943360000 | 10/12/2021 | $1,550.00 | 8007784000 |
| 11/04/2021 | $1,550.00 | 8063780000 | 12/10/2021 | $1,550.00 | 8138927000 |
| 01/05/2022 | $1,550.00 | 8191532000 | | | |

**Total Receipts:  $39,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $39,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BMW OF NORTH AMERICA | | | | | | |
| | 09/21/2020 | $15.64 | 855,951 | 10/19/2020 | $15.20 | 857,839 |
| | 11/16/2020 | $15.20 | 859,631 | 12/21/2020 | $15.20 | 861,449 |
| | 01/11/2021 | $15.20 | 863,243 | 02/22/2021 | $16.34 | 864,912 |
| | 03/15/2021 | $16.14 | 866,773 | 04/19/2021 | $16.14 | 868,447 |
| | 05/17/2021 | $16.14 | 870,351 | 06/21/2021 | $16.40 | 872,157 |
| | 07/19/2021 | $16.40 | 873,957 | 08/16/2021 | $16.40 | 875,639 |
| | 09/20/2021 | $16.40 | 877,367 | 10/18/2021 | $16.40 | 879,146 |
| | 11/17/2021 | $16.57 | 880,854 | 12/13/2021 | $16.57 | 882,491 |

Chapter 13 Case # 19-27068

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 01/10/2022 | $16.57 | 884,146 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 08/17/2020 | $16.41 | 854,499 | | 08/17/2020 | $24.87 | 854,499 |
| | 09/21/2020 | $854.68 | 856,337 | | 09/21/2020 | $563.87 | 856,337 |
| | 10/19/2020 | $854.68 | 858,196 | | 10/19/2020 | $563.87 | 858,196 |
| | 11/16/2020 | $854.68 | 859,981 | | 11/16/2020 | $563.87 | 859,981 |
| | 12/21/2020 | $854.68 | 861,820 | | 12/21/2020 | $563.87 | 861,820 |
| | 01/11/2021 | $854.68 | 863,572 | | 01/11/2021 | $563.87 | 863,572 |
| | 02/22/2021 | $811.05 | 865,326 | | 02/22/2021 | $606.36 | 865,326 |
| | 03/15/2021 | $811.05 | 867,115 | | 03/15/2021 | $606.36 | 867,115 |
| | 04/19/2021 | $800.97 | 868,853 | | 04/19/2021 | $616.65 | 868,853 |
| | 05/17/2021 | $800.97 | 870,726 | | 05/17/2021 | $616.65 | 870,726 |
| | 06/21/2021 | $813.96 | 872,539 | | 06/21/2021 | $626.64 | 872,539 |
| | 07/19/2021 | $813.96 | 874,316 | | 07/19/2021 | $626.65 | 874,316 |
| | 08/16/2021 | $813.96 | 876,006 | | 08/16/2021 | $626.65 | 876,006 |
| | 09/20/2021 | $813.96 | 877,762 | | 09/20/2021 | $626.64 | 877,762 |
| | 10/18/2021 | $813.96 | 879,507 | | 10/18/2021 | $626.65 | 879,507 |
| | 11/17/2021 | $822.62 | 881,217 | | 11/17/2021 | $633.31 | 881,217 |
| | 12/13/2021 | $822.62 | 882,836 | | 12/13/2021 | $633.31 | 882,836 |
| | 01/10/2022 | $822.62 | 884,484 | | 01/10/2022 | $633.31 | 884,484 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/13/2020 | $781.84 | 8,001,404 | | 02/10/2020 | $1,052.28 | 8,001,441 |
| | 03/16/2020 | $1,052.28 | 8,001,481 | | 04/20/2020 | $1,052.28 | 8,001,529 |
| | 05/18/2020 | $999.00 | 8,001,590 | | 07/20/2020 | $2,025.75 | 8,001,710 |
| | 08/17/2020 | $985.03 | 8,001,769 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,556.02 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,375.00 | 100.00% | 2,375.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIFINANCIAL SOLUTIONS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,341.90 | 100.00% | 0.00 | 7,341.90 |
| 0004 | BMW OF NORTH AMERICA | VEHICLE SECURI | 425.96 | 100.00% | 273.11 | 152.85 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 4,184.38 | 100.00% | 0.00 | 4,184.38 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 12,800.28 | 100.00% | 0.00 | 12,800.28 |
| 0010 | MIDFIRST BANK | MORTGAGE ARRI | 21,647.20 | 100.00% | 14,059.97 | 7,587.23 |
| 0014 | NATIONWIDE CREDIT, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | PIONEER CREDIT RECOVERY INC. | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | TEANECK EMERGENCY PHYSICIANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 7,948.46 | 100.00% | 7,948.46 | 0.00 |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 2,002.81 | 100.00% | 0.00 | 2,002.81 |
| 0022 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 144.78 | 100.00% | 0.00 | 144.78 |
| 0024 | MIDFIRST BANK | (NEW) MTG Agree | 16,156.17 | 100.00% | 10,314.94 | 5,841.23 |

**Total Paid: $37,527.50**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $39,000.00    -    Paid to Claims: $32,596.48    -    Admin Costs Paid: $4,931.02    =    Funds on Hand: $1,472.50

**Chapter 13 Case # 19-27068**

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.