# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 19-27068 SLM
CHAPTER 13
Judge: Stacey L. Meisel

In re:

Joseph A. DeNola

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 7/9/2018

I, ___Madison Graspo___, employed as ___Vice President___ by MidFirst Bank, hereby certifies the following information:

Recorded on July 24, 2018, in Bergen County, in Book 03006, at Page 0126.
Property Address: 989 Garibaldi Place, Township of Washington NJ 07676.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Joseph A. DeNola

## POST-PETITION PAYMENTS (Petition filed on September 04, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 04/15/2021 | | | | | - |
| | | To Suspense | $3,597.93 | 04/15/2021 | $3,597.93 |
| $3,597.93 AO Payment | 04/15/2021 | | From Suspense | 04/21/2021 | $0.00 |
| $1,280.11 AO Payment 1/6 | 04/15/2021 | | $1,280.11 | 04/27/2021 | $0.00 |
| | | To Suspense | $3,583.14 | 05/04/2021 | $3,583.14 |
| $3,583.14 | 04/01/2021 | 04/2021 | From Suspense | 05/05/2021 | $0.00 |
| $1,280.11 AO Payment 2/6 | | | $1,280.11 | 05/14/2021 | $0.00 |
| $3,583.14 | 05/01/2021 | 05/2021 | $3,583.14 | 06/02/2021 | $0.00 |
| | | To Suspense | $1,280.11 | 06/15/2021 | $0.00 |
| $1,280.11 AO Payment 3/6 | | | From Suspense | 06/22/2021 | $0.00 |
| $3,583.14 | 06/01/2021 | 06/2021 | $3,583.14 | 06/29/2021 | $0.00 |
| $1,280.11 AO Payment 4/6 | | | $1,280.11 | 07/16/2021 | $0.00 |
| $3,583.14 | 07/01/2021 | 07/2021 | $3,583.14 | 07/27/2021 | $0.00 |
| $1,280.11 AO Payment 5/6 | | | $1,280.11 | 08/24/2021 | $0.00 |

| | | | To Suspense | $3,583.14 | 09/02/2021 | $3,583.14 |
| $3,583.14 | 08/01/2021 | 08/2021 | From Suspense | 09/07/2021 | $0.00 |
| | | | To Suspense | $1,280.11 | 09/21/2021 | $1,280.11 |
| $1,280.11 AO Payment 6/6 | | | From Suspense | 09/23/2021 | $0.00 |
| | | | To Suspense | $191.18 | 09/24/2022 | $191.18 |
| $3,583.14 | 09/01/2021 | 09/2021 | $3,583.14 | 09/30/2021 | $191.18 |
| $3,648.24 | 10/01/2021 | 10/2021 | $3,648.24 | 10/29/2021 | $191.18 |
| $3,648.24 | 11/01/2021 | 11/2021 | $3,648.24 | 11/24/2021 | $191.18 |
| $3,648.24 | 12/01/2021 | 12/2021 | $3,648.24 | 12/28/2021 | $191.18 |
| $3,648.24 | 01/01/2022 | 01/2022 | $3,648.24 | 02/09/2022 | $191.18 |
| $3,648.24 | 02/01/2022 | 02/2022 | $3,648.24 | 03/07/2022 | $191.18 |
| $3,648.24 | 03/01/2022 | 03/2022 | $3,648.24 | 04/05/2022 | $191.18 |
| $3,648.24 | 04/01/2022 | 04/2022 | $3,648.24 | 04/28/2022 | $191.18 |
| $3,648.24 | 05/01/2022 | 05/2022 | $3,648.24 | 06/01/2022 | $191.18 |
| $3,648.24 | 06/01/2022 | 06/2022 | $3,648.24 | 07/28/2022 | $191.18 |
| | | | To Suspense | $3,648.24 | 08/05/2022 | $3,839.42 |
| $3,648.24 | 07/01/2022 | 07/2022 | From Suspense | 08/08/2022 | $191.18 |
| $3,648.24 | 08/01/2022 | 08/2022 | $3,648.24 | 09/01/2022 | $191.18 |
| $3,648.24 | 09/01/2022 | 09/2022 | $3,648.24 | 09/28/2022 | $191.18 |
| $3,653.05 | 10/01/2022 | | $0.00 | | $191.18 |
| $3,653.05 | 11/01/2022 | | $0.00 | | $191.18 |
| $3,653.05 | 12/01/2022 | | $0.00 | | $191.18 |
| **Total Due: $87,515.46** | | **Total Received: $76,747.49** | | **Arrears: $10,767.97** | | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $3,653.05
Arrears: $10,767.97

Each current monthly payment is comprised of:

Principal and Interest:  $2,389.78 _____
R.E. Taxes:  $ _____
Insurance:  $ _____
Other:  $1,263.27 _____  (Specify: Escrow)
TOTAL  $3,653.05 _____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 08/26/2021 effective 10/01/2022, filed 08/22/2022 effective 10/01/2022

PRE-PETITION ARREARS: $21,647.20

I certify under penalty of perjury that the foregoing is true and correct.

Dated: __12/22/2022__

Signature   Madison Graspo