Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−27068−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. DeNola
   989 Garibaldi Pl.
   Township of Washington, NJ 07676

Social Security No.:
   xxx−xx−7611

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/8/23 at 10:00 AM

to consider and act upon the following:

*51* − Creditor's Certification of Default (related document:26 Motion for Relief from Co−Debtor Stay of Christine DeNola filed by Creditor MidFirst Bank, Motion for Relief from Stay re: re: 989 Garibaldi Place, Township of Washington, NJ 07676. Fee Amount $ 181., 43 Creditor's Certification of Default filed by Creditor MidFirst Bank, 48 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/6/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*52* − Certification in Opposition to (related document:51 Creditor's Certification of Default (related document:26 Motion for Relief from Co−Debtor Stay of Christine DeNola filed by Creditor MidFirst Bank, Motion for Relief from Stay re: re: 989 Garibaldi Place, Township of Washington, NJ 07676. Fee Amount $ 181., 43 Creditor's Certification of Default filed by Creditor MidFirst Bank, 48 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/6/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Susan S. Long on behalf of Joseph A. DeNola. (Attachments: # 1 Doc in Support # 2 Certificate of Service) (Long, Susan)

Dated: 1/9/23

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court