Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27068−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. DeNola
   989 Garibaldi Pl.
   Township of Washington, NJ 07676

Social Security No.:
   xxx−xx−7611

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on September 10, 2020.

   On 2/14/23 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                March 22, 2023
Time:                 08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 14, 2023
JAN: wdh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27068-SLM |
| Joseph A. DeNola | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 14, 2023 | Form ID: 185 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph A. DeNola, 989 Garibaldi Pl., Township of Washington, NJ 07676-4120 |
| 518445824 | | American Express, PO Box 315111, Salt Lake City, UT 84131 |
| 518445828 | + | Dept. of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518445830 | + | Dept. of Education/Navient, PO Box 82561, Lincoln, NE 68501-2561 |
| 518445834 | + | Mr. Cooper, PO Box 7729, Springfield, OH 45501-7729 |
| 518445835 | + | Nationwide Credit Corp, 5503 Cherokee Ave., Alexandria, VA 22312-2307 |
| 518445837 | + | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 518445839 | + | Teaneck Emergency Physicians, 718 Teaneck Rd., Teaneck, NJ 07666-4245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2023 20:57:46 | BMW Financial Services NA, LLC Department, C/O AIS, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 518445825 | ^ | MEBN | Feb 14 2023 20:46:04 | AmeriFinancial Solutions, LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 518445823 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2023 20:57:24 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518500712 | | Email/PDF: bncnotices@becket-lee.com | Feb 14 2023 20:57:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518523575 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 14 2023 20:57:20 | BMW Bank, Pob 78066, Phoenix, AZ 85062-8066 |
| 518452825 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2023 20:57:32 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518445827 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 14 2023 20:57:20 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 518445826 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2023 20:44:00 | Bank of America, 4909 Savarese Circle. Fl. 1, Tampa, FL 33634-2413 |
| 518557615 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2023 20:44:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: 185 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518445829 | + | Email/PDF: pa_dc_claims@navient.com | Feb 14 2023 20:57:43 | Dept. of Education/Navient, 123 Justison St. 3rd Fl., Wilmington, DE 19801-5360 |
| 518445828 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 14 2023 20:57:17 | Dept. of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518445831 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2023 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518563865 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 14 2023 20:57:42 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518445832 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 14 2023 20:57:42 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 518445833 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 14 2023 20:45:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 518445836 | + | Email/Text: NCI_bankonotify@ncirm.com | Feb 14 2023 20:45:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 518476251 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 14 2023 20:45:00 | NJ Division of Taxation, Compliance/Enforcement, Bankruptcy Unit, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518478666 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 14 2023 20:46:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518550586 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2023 20:57:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518445838 | ##+ | Pioneer Credit Recovery Inc., PO Box 500, Horseheads, NY 14845-0500 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Susan S. Long | on behalf of Debtor Joseph A. DeNola susan@susanlonglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5