# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In RE:**

JOSEPH A. DENOLA

**Case Number:** 19-27068

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to **PAYMENT ONLY**, listed in the above stated case, be changed.

| FROM: | TO: |
|---|---|
| BMW Bank | BMW Financial Services |
| POB 78066, | 1400 City View Drive, |
| Phoenix, AZ 85062 | Columbus, OH 43215 |

**NOTE\* There is no change in Notice address.**

Dated: 04/18/2023

/s/ Arvind Nath Rawal

Creditor's Authorized Agent for BMW Financial Services