```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant
```

| | |
|---|---|
| **IN RE:** | Case No.: 19-27068-SLM |
| **JOSEPH A. DENOLA** | Chapter 13 |
| | Hearing Date: 1/10/2024 at 10:00 |
| **Debtor** | A.M. Judge: Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled     ☐ Withdrawn

Matter: BMW Bank of North America's Motion for Relief from Stay

DATE: 1/5/2024

/s/ Regina Cohen
Signature