SUSAN S. LONG
THE LAW OFFICES OF SUSAN S. LONG
4 EAST RIDGEWOOD AVENUE, SUITE 2
RIDGEWOOD, NJ  07450

Re:  JOSEPH A. DENOLA  
989 GARIBALDI PL.  
TOWNSHIP OF WASHINGTON,  NJ  07676

Atty:  SUSAN S. LONG  
THE LAW OFFICES OF SUSAN S. LONG  
4 EAST RIDGEWOOD AVENUE, SUITE 2  
RIDGEWOOD, NJ  07450

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 19-27068

## RECEIPTS AS OF 01/01/2024            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2019 | $1,110.00 | 6231240000 | 11/05/2019 | $1,110.00 | 6309165000 |
| 12/05/2019 | $1,110.00 | 6383855000 | 12/06/2019 | $1,110.00 | 6383855000 |
| 12/10/2019 | ($1,110.00) | 6383855000 | 01/06/2020 | $1,110.00 | 6462417000 |
| 02/10/2020 | $1,110.00 | 6546779000 | 03/05/2020 | $1,110.00 | 6618217000 |
| 04/06/2020 | $1,110.00 | 6694556000 | 05/18/2020 | $1,110.00 | 6793174000 |
| 06/05/2020 | $1,110.00 | 6847365000 | 07/07/2020 | $1,110.00 | 6923766000 |
| 08/06/2020 | $1,110.00 | 6996849000 | 08/10/2020 | $440.00 | 6999821000 |
| 09/11/2020 | $1,550.00 | 7079495000 | 10/13/2020 | $1,550.00 | 7153868000 |
| 11/12/2020 | $1,550.00 | 7227120000 | 12/07/2020 | $1,550.00 | 7289892000 |
| 01/04/2021 | $1,550.00 | 7355165000 | 02/05/2021 | $1,550.00 | 7435432000 |
| 03/05/2021 | $1,550.00 | 7505621000 | 04/07/2021 | $1,550.00 | 7584488000 |
| 05/05/2021 | $1,550.00 | 7652245000 | 06/09/2021 | $1,550.00 | 7730970000 |
| 07/07/2021 | $1,550.00 | 7796445000 | 08/04/2021 | $1,550.00 | 7859605000 |
| 09/13/2021 | $1,550.00 | 7943360000 | 10/12/2021 | $1,550.00 | 8007784000 |
| 11/04/2021 | $1,550.00 | 8063780000 | 12/10/2021 | $1,550.00 | 8138927000 |
| 01/05/2022 | $1,550.00 | 8191532000 | 02/14/2022 | $1,550.00 | 8273544000 |
| 03/14/2022 | $1,550.00 | 8337187000 | 04/12/2022 | $1,550.00 | 8399385000 |
| 05/10/2022 | $1,550.00 | 8458835000 | 06/16/2022 | $1,550.00 | 8532366000 |
| 07/18/2022 | $1,550.00 | 8591629000 | 08/15/2022 | $1,550.00 | 8648040000 |
| 09/16/2022 | $1,550.00 | 8711446000 | 10/17/2022 | $1,550.00 | 8772462000 |
| 11/17/2022 | $1,550.00 | 8832706000 | 12/19/2022 | $1,550.00 | 8888851000 |
| 01/17/2023 | $1,550.00 | 8944382000 | 02/13/2023 | $1,920.00 | 8994784000 |
| 03/17/2023 | $1,920.00 | 9060354000 | 04/17/2023 | $1,966.00 | 9115402000 |
| 05/17/2023 | $1,966.00 | 9171898000 | 06/20/2023 | $1,966.00 | 9230162000 |
| 07/17/2023 | $1,966.00 | 9277216000 | 08/16/2023 | $1,966.00 | 9330715000 |
| 09/25/2023 | $1,966.00 | 9394730000 | 10/23/2023 | $1,966.00 | 9443418000 |
| 11/29/2023 | $1,966.00 | 9503971000 | 12/27/2023 | $1,966.00 | 9550141000 |

**Total Receipts: $79,134.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $79,134.00**

**Chapter 13 Case # 19-27068**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 12/12/2022 | $360.16 | 902,291 | 01/09/2023 | $406.21 | 903,778 |
| | 02/13/2023 | $406.21 | 905,299 | 03/13/2023 | $350.74 | 906,913 |
| | 11/13/2023 | $71.19 | 919,045 | 12/11/2023 | $501.60 | 920,467 |
| BANK OF AMERICA NA | | | | | | |
| | 12/12/2022 | $205.27 | 901,863 | 01/09/2023 | $231.51 | 903,357 |
| | 02/13/2023 | $231.51 | 904,860 | 03/13/2023 | $199.90 | 906,488 |
| | 11/13/2023 | $40.58 | 918,644 | 12/11/2023 | $285.88 | 920,080 |
| BMW OF NORTH AMERICA | | | | | | |
| | 09/21/2020 | $15.64 | 855,951 | 10/19/2020 | $15.20 | 857,839 |
| | 11/16/2020 | $15.20 | 859,631 | 12/21/2020 | $15.20 | 861,449 |
| | 01/11/2021 | $15.20 | 863,243 | 02/22/2021 | $16.34 | 864,912 |
| | 03/15/2021 | $16.34 | 866,773 | 04/19/2021 | $16.14 | 868,447 |
| | 05/17/2021 | $16.14 | 870,351 | 06/21/2021 | $16.40 | 872,157 |
| | 07/19/2021 | $16.40 | 873,957 | 08/16/2021 | $16.40 | 875,639 |
| | 09/20/2021 | $16.40 | 877,367 | 10/18/2021 | $16.40 | 879,146 |
| | 11/17/2021 | $16.57 | 880,854 | 12/13/2021 | $16.57 | 882,491 |
| | 01/10/2022 | $16.57 | 884,146 | 02/14/2022 | $16.57 | 885,833 |
| | 04/18/2022 | $33.41 | 889,250 | 05/16/2022 | $16.83 | 890,955 |
| | 06/20/2022 | $16.83 | 892,644 | 07/18/2022 | $16.84 | 894,368 |
| | 09/19/2022 | $33.67 | 897,538 | 10/17/2022 | $16.83 | 899,208 |
| | 12/12/2022 | $1.87 | 902,337 | | | |
| MIDFIRST BANK | | | | | | |
| | 08/17/2020 | $16.41 | 854,499 | 08/17/2020 | $24.87 | 854,499 |
| | 09/21/2020 | $854.68 | 856,337 | 09/21/2020 | $563.87 | 856,337 |
| | 10/19/2020 | $563.87 | 858,196 | 10/19/2020 | $854.68 | 858,196 |
| | 11/16/2020 | $854.68 | 859,981 | 11/16/2020 | $563.87 | 859,981 |
| | 12/21/2020 | $854.68 | 861,820 | 12/21/2020 | $563.87 | 861,820 |
| | 01/11/2021 | $854.68 | 863,572 | 01/11/2021 | $563.87 | 863,572 |
| | 02/22/2021 | $811.05 | 865,326 | 02/22/2021 | $606.36 | 865,326 |
| | 03/15/2021 | $811.05 | 867,115 | 03/15/2021 | $606.36 | 867,115 |
| | 04/19/2021 | $800.97 | 868,853 | 04/19/2021 | $616.65 | 868,853 |
| | 05/17/2021 | $800.97 | 870,726 | 05/17/2021 | $616.65 | 870,726 |
| | 06/21/2021 | $813.96 | 872,539 | 06/21/2021 | $626.64 | 872,539 |
| | 07/19/2021 | $813.96 | 874,316 | 07/19/2021 | $626.65 | 874,316 |
| | 08/16/2021 | $813.96 | 876,006 | 08/16/2021 | $626.65 | 876,006 |
| | 09/20/2021 | $813.96 | 877,762 | 09/20/2021 | $626.64 | 877,762 |
| | 10/18/2021 | $813.96 | 879,507 | 10/18/2021 | $626.65 | 879,507 |
| | 11/17/2021 | $822.62 | 881,217 | 11/17/2021 | $633.31 | 881,217 |
| | 12/13/2021 | $822.62 | 882,836 | 12/13/2021 | $633.31 | 882,836 |
| | 01/10/2022 | $822.62 | 884,484 | 01/10/2022 | $633.31 | 884,484 |
| | 02/14/2022 | $822.62 | 886,197 | 02/14/2022 | $633.31 | 886,197 |
| | 04/18/2022 | $1,658.22 | 889,630 | 04/18/2022 | $1,276.62 | 889,630 |
| | 05/16/2022 | $835.60 | 891,317 | 05/16/2022 | $643.31 | 891,317 |
| | 06/20/2022 | $835.61 | 893,022 | 06/20/2022 | $643.32 | 893,022 |
| | 07/18/2022 | $835.60 | 894,696 | 07/18/2022 | $643.31 | 894,696 |
| | 09/19/2022 | $1,671.21 | 897,902 | 09/19/2022 | $1,286.63 | 897,902 |
| | 10/17/2022 | $835.61 | 899,546 | 10/17/2022 | $643.31 | 899,546 |
| | 12/12/2022 | $71.42 | 902,661 | 12/12/2022 | $92.76 | 902,661 |
| | 03/13/2023 | $200.00 | 907,304 | 04/17/2023 | $3,628.80 | 908,918 |
| | 06/12/2023 | $1,857.87 | 911,975 | 07/17/2023 | $1,838.21 | 913,500 |
| | 08/14/2023 | $1,838.21 | 915,018 | 09/18/2023 | $3,676.42 | 916,514 |
| | 11/13/2023 | $1,581.51 | 919,433 | | | |

**Chapter 13 Case # 19-27068**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 01/13/2020 | $781.84 | 8,001,404 | 02/10/2020 | $1,052.28 | 8,001,441 |
| | 03/16/2020 | $1,052.28 | 8,001,481 | 04/20/2020 | $1,052.28 | 8,001,529 |
| | 05/18/2020 | $999.00 | 8,001,590 | 07/20/2020 | $2,025.75 | 8,001,710 |
| | 08/17/2020 | $985.03 | 8,001,769 | 12/12/2022 | $98.25 | 8,003,251 |
| | 01/09/2023 | $110.81 | 8,003,303 | 02/13/2023 | $110.81 | 8,003,361 |
| | 03/13/2023 | $95.68 | 8,003,412 | 11/13/2023 | $19.42 | 8,003,857 |
| | 12/11/2023 | $136.83 | 8,003,904 | | | |
| US DEPARTMENT OF EDUCATION | | | | | | |
| | 12/12/2022 | $627.92 | 903,201 | 01/09/2023 | $708.21 | 904,695 |
| | 02/13/2023 | $708.21 | 906,285 | 03/13/2023 | $611.51 | 907,853 |
| | 11/13/2023 | $124.11 | 919,921 | 12/11/2023 | $874.52 | 921,320 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 12/12/2022 | $7.10 | 902,058 | 01/09/2023 | $8.01 | 903,549 |
| | 02/13/2023 | $8.01 | 905,053 | 03/13/2023 | $6.92 | 906,668 |
| | 12/11/2023 | $11.29 | 920,215 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,784.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,375.00 | 100.00% | 2,375.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIFINANCIAL SOLUTIONS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,341.90 | 100.00% | 2,597.71 | 4,744.19 |
| 0004 | BMW FINANCIAL SERVICES | VEHICLE SECURE | 425.96 | 100.00% | 425.96 | 0.00 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 4,184.38 | 100.00% | 1,480.53 | 2,703.85 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 12,800.28 | 100.00% | 4,529.00 | 8,271.28 |
| 0010 | MIDFIRST BANK | MORTGAGE ARR | 21,647.20 | 100.00% | 21,647.20 | 0.00 |
| 0014 | NATIONWIDE CREDIT, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | PIONEER CREDIT RECOVERY INC. | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | TEANECK EMERGENCY PHYSICIANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 7,948.46 | 100.00% | 7,948.46 | 0.00 |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 2,002.81 | 100.00% | 708.63 | 1,294.18 |
| 0022 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 144.78 | 100.00% | 51.22 | 93.56 |
| 0024 | MIDFIRST BANK | (NEW) MTG Agree | 30,777.19 | 100.00% | 30,777.19 | 0.00 |

**Total Paid: $77,325.28**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $79,134.00    -    Paid to Claims: $70,165.90    -    Admin Costs Paid: $7,159.38    =    Funds on Hand: $1,808.72

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.