Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27068−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. DeNola
   989 Garibaldi Pl.
   Township of Washington, NJ 07676

Social Security No.:
   xxx−xx−7611

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 28, 2024.

Dated: March 28, 2024
JAN: omf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-27068-SLM
Joseph A. DeNola                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Mar 28, 2024    Form ID: plncf13    Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph A. DeNola, 989 Garibaldi Pl., Township of Washington, NJ 07676-4120 |
| 518445824 | | American Express, PO Box 315111, Salt Lake City, UT 84131 |
| 518445830 | + | Dept. of Education/Navient, PO Box 82561, Lincoln, NE 68501-2561 |
| 518445834 | + | Mr. Cooper, PO Box 7729, Springfield, OH 45501-7729 |
| 518445837 | + | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 518445839 | + | Teaneck Emergency Physicians, 718 Teaneck Rd., Teaneck, NJ 07666-4245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2024 21:19:48 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2024 21:20:06 | BMW Financial Services NA, LLC Department, C/O AIS, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 518445825 | ^ | MEBN | Mar 28 2024 21:01:07 | AmeriFinancial Solutions, LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 518445823 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 21:20:35 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518500712 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 21:19:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518452825 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2024 21:08:44 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518445827 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 28 2024 21:09:03 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 518523575 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 28 2024 21:20:33 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 518445826 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2024 21:09:00 | Bank of America, 4909 Savarese Circle. Fl. 1, Tampa, FL 33634-2413 |
| 518557615 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2024 21:09:00 | Bank of America, N.A., PO BOX 31785, Tampa, |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 33631-3785 |
| 518445829 | + | Email/PDF: pa_dc_claims@navient.com | Mar 28 2024 21:08:56 | Dept. of Education/Navient, 123 Justison St. 3rd Fl., Wilmington, DE 19801-5360 |
| 518445828 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 28 2024 21:31:18 | Dept. of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518445831 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2024 21:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518563865 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 28 2024 21:32:04 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518445832 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 28 2024 21:32:06 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 518445833 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 21:11:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 518445835 | + | Email/Text: bankruptcy@nccva.com | Mar 28 2024 21:11:00 | Nationwide Credit Corp, 5503 Cherokee Ave., Alexandria, VA 22312-2307 |
| 518476251 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 28 2024 21:10:00 | NJ Division of Taxation, Compliance/Enforcement, Bankruptcy Unit, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518478666 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 28 2024 21:12:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518550586 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2024 21:19:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518445836 | ##+ | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 518445838 | ##+ | Pioneer Credit Recovery Inc., PO Box 500, Horseheads, NY 14845-0500 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com mmalone@lavin-law.com |
| Susan S. Long | on behalf of Debtor Joseph A. DeNola susan@susanlonglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6