Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 14, 2024

#### Chapter 13 Case # 19-27068

Re:   JOSEPH A. DENOLA                                                  Atty:   SUSAN S. LONG
      989 GARIBALDI PL.                                                          THE LAW OFFICES OF SUSAN S. LONG
      TOWNSHIP OF WASHINGTON, NJ  07676                                          143 EAST RIDGEWOOD AVENUE #985
                                                                                 RIDGEWOOD, NJ  07450

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2019 | $1,110.00 | 6231240000 | 11/05/2019 | $1,110.00 | 6309165000 |
| 12/05/2019 | $1,110.00 | 6383855000 | 12/06/2019 | $1,110.00 | 6383855000 |
| 12/10/2019 | ($1,110.00) | 6383855000 | 01/06/2020 | $1,110.00 | 6462417000 |
| 02/10/2020 | $1,110.00 | 6546779000 | 03/05/2020 | $1,110.00 | 6618217000 |
| 04/06/2020 | $1,110.00 | 6694556000 | 05/18/2020 | $1,110.00 | 6793174000 |
| 06/05/2020 | $1,110.00 | 6847365000 | 07/07/2020 | $1,110.00 | 6923766000 |
| 08/06/2020 | $1,110.00 | 6996849000 | 08/10/2020 | $440.00 | 6999821000 |
| 09/11/2020 | $1,550.00 | 7079495000 | 10/13/2020 | $1,550.00 | 7153868000 |
| 11/12/2020 | $1,550.00 | 7227120000 | 12/07/2020 | $1,550.00 | 7289892000 |
| 01/04/2021 | $1,550.00 | 7355165000 | 02/05/2021 | $1,550.00 | 7435432000 |
| 03/05/2021 | $1,550.00 | 7505621000 | 04/07/2021 | $1,550.00 | 7584488000 |
| 05/05/2021 | $1,550.00 | 7652245000 | 06/09/2021 | $1,550.00 | 7730970000 |
| 07/07/2021 | $1,550.00 | 7796445000 | 08/04/2021 | $1,550.00 | 7859605000 |
| 09/13/2021 | $1,550.00 | 7943360000 | 10/12/2021 | $1,550.00 | 8007784000 |
| 11/04/2021 | $1,550.00 | 8063780000 | 12/10/2021 | $1,550.00 | 8138927000 |
| 01/05/2022 | $1,550.00 | 8191532000 | 02/14/2022 | $1,550.00 | 8273544000 |
| 03/14/2022 | $1,550.00 | 8337187000 | 04/12/2022 | $1,550.00 | 8399385000 |
| 05/10/2022 | $1,550.00 | 8458835000 | 06/16/2022 | $1,550.00 | 8532366000 |
| 07/18/2022 | $1,550.00 | 8591629000 | 08/15/2022 | $1,550.00 | 8648040000 |
| 09/16/2022 | $1,550.00 | 8711446000 | 10/17/2022 | $1,550.00 | 8772462000 |
| 11/17/2022 | $1,550.00 | 8832706000 | 12/19/2022 | $1,550.00 | 8888851000 |
| 01/17/2023 | $1,550.00 | 8944382000 | 02/13/2023 | $1,920.00 | 8994784000 |
| 03/17/2023 | $1,920.00 | 9060354000 | 04/17/2023 | $1,966.00 | 9115402000 |
| 05/17/2023 | $1,966.00 | 9171898000 | 06/20/2023 | $1,966.00 | 9230162000 |
| 07/17/2023 | $1,966.00 | 9277216000 | 08/16/2023 | $1,966.00 | 9330715000 |
| 09/25/2023 | $1,966.00 | 9394730000 | 10/23/2023 | $1,966.00 | 9443418000 |
| 11/29/2023 | $1,966.00 | 9503971000 | 12/27/2023 | $1,966.00 | 9550141000 |
| 02/01/2024 | $1,966.00 | 9609543000 | 02/05/2024 | $1,289.00 | 9617092000 |
| 02/27/2024 | $3,255.00 | 9652478000 | 03/27/2024 | $3,255.00 | 9703084000 |
| 04/22/2024 | $3,225.00 | 9748140000 | 05/28/2024 | $3,225.00 | 9804068000 |
| 06/25/2024 | $3,225.00 | 9848693000 | 07/16/2024 | $3,225.00 | 9883628000 |

**Chapter 13 Case # 19-27068**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/26/2024 | $3,225.00 | 9945483000 | 10/01/2024 | $3,225.00 | 1000340400 |

**Total Receipts: $108,249.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $108,249.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6,855.58 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,375.00 | 100.00% | 2,375.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIFINANCIAL SOLUTIONS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,341.90 | 100.00% | 6,741.63 | 600.27 |
| 0004 | BMW FINANCIAL SERVICES | VEHICLE SECURED | 425.96 | 100.00% | 425.96 | 0.00 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 4,184.38 | 100.00% | 3,842.27 | 342.11 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 12,800.28 | 100.00% | 11,753.74 | 1,046.54 |
| 0010 | MIDFIRST BANK | MORTGAGE ARREARS | 21,647.20 | 100.00% | 21,647.20 | 0.00 |
| 0014 | NATIONWIDE CREDIT, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | PIONEER CREDIT RECOVERY INC. | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | TEANECK EMERGENCY PHYSICIANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 7,948.46 | 100.00% | 7,948.46 | 0.00 |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 2,002.81 | 100.00% | 1,839.06 | 163.75 |
| 0022 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 144.78 | 100.00% | 132.94 | 11.84 |
| 0024 | MIDFIRST BANK | (NEW) MTG Agreed | 30,777.19 | 100.00% | 30,777.19 | 0.00 |
| 0025 | BMW FINANCIAL SERVICES | (NEW) Auto Agreed | 10,878.47 | 100.00% | 10,878.47 | 0.00 |

**Total Paid: $105,217.50**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 12/12/2022 | $360.16 | 902291 | 01/09/2023 | $406.21 | 903778 |
| | 02/13/2023 | $406.21 | 905299 | 03/13/2023 | $350.74 | 906913 |
| | 11/13/2023 | $71.19 | 919045 | 12/11/2023 | $501.60 | 920467 |
| | 01/08/2024 | $501.60 | 921854 | 06/17/2024 | $798.98 | 928966 |
| | 07/15/2024 | $822.84 | 930456 | 08/19/2024 | $1,672.45 | 931864 |
| | 10/21/2024 | $849.65 | 934727 | | | |
| BANK OF AMERICA NA | | | | | | |
| | 12/12/2022 | $205.27 | 901863 | 01/09/2023 | $231.51 | 903357 |
| | 02/13/2023 | $231.51 | 904860 | 03/13/2023 | $199.90 | 906488 |
| | 11/13/2023 | $40.58 | 918644 | 12/11/2023 | $285.88 | 920080 |
| | 01/08/2024 | $285.88 | 921489 | 06/17/2024 | $455.36 | 928567 |
| | 07/15/2024 | $468.94 | 930084 | 08/19/2024 | $953.20 | 931476 |
| | 10/21/2024 | $484.24 | 934332 | | | |
| BMW FINANCIAL SERVICES | | | | | | |
| | 02/12/2024 | $1,808.72 | 923243 | 03/11/2024 | $2,994.60 | 924695 |
| | 04/15/2024 | $2,994.60 | 926128 | 05/10/2024 | $2,994.60 | 927606 |
| | 06/17/2024 | $85.95 | 929007 | 10/02/2024 | ($85.95) | 929007 |
| | 10/21/2024 | $85.95 | 934772 | | | |

**Chapter 13 Case # 19-27068**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BMW OF NORTH AMERICA | | | | | | | |
| | 09/21/2020 | $15.64 | 855951 | | 10/19/2020 | $15.20 | 857839 |
| | 11/16/2020 | $15.20 | 859631 | | 12/21/2020 | $15.20 | 861449 |
| | 01/11/2021 | $15.20 | 863243 | | 02/22/2021 | $16.34 | 864912 |
| | 03/15/2021 | $16.34 | 866773 | | 04/19/2021 | $16.14 | 868447 |
| | 05/17/2021 | $16.14 | 870351 | | 06/21/2021 | $16.40 | 872157 |
| | 07/19/2021 | $16.40 | 873957 | | 08/16/2021 | $16.40 | 875639 |
| | 09/20/2021 | $16.40 | 877367 | | 10/18/2021 | $16.40 | 879146 |
| | 11/17/2021 | $16.57 | 880854 | | 12/13/2021 | $16.57 | 882491 |
| | 01/10/2022 | $16.57 | 884146 | | 02/14/2022 | $16.57 | 885833 |
| | 04/18/2022 | $33.41 | 889250 | | 05/16/2022 | $16.83 | 890955 |
| | 06/20/2022 | $16.83 | 892644 | | 07/18/2022 | $16.84 | 894368 |
| | 09/19/2022 | $33.67 | 897538 | | 10/17/2022 | $16.83 | 899208 |
| | 12/12/2022 | $1.87 | 902337 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 08/17/2020 | $24.87 | 854499 | | 08/17/2020 | $16.41 | 854499 |
| | 09/21/2020 | $854.68 | 856337 | | 09/21/2020 | $563.87 | 856337 |
| | 10/19/2020 | $563.87 | 858196 | | 10/19/2020 | $854.68 | 858196 |
| | 11/16/2020 | $563.87 | 859981 | | 11/16/2020 | $854.68 | 859981 |
| | 12/21/2020 | $854.68 | 861820 | | 12/21/2020 | $563.87 | 861820 |
| | 01/11/2021 | $854.68 | 863572 | | 01/11/2021 | $563.87 | 863572 |
| | 02/22/2021 | $606.36 | 865326 | | 02/22/2021 | $811.05 | 865326 |
| | 03/15/2021 | $811.05 | 867115 | | 03/15/2021 | $606.36 | 867115 |
| | 04/19/2021 | $800.97 | 868853 | | 04/19/2021 | $616.65 | 868853 |
| | 05/17/2021 | $616.65 | 870726 | | 05/17/2021 | $800.97 | 870726 |
| | 06/21/2021 | $813.96 | 872539 | | 06/21/2021 | $626.64 | 872539 |
| | 07/19/2021 | $626.65 | 874316 | | 07/19/2021 | $813.96 | 874316 |
| | 08/16/2021 | $626.65 | 876006 | | 08/16/2021 | $813.96 | 876006 |
| | 09/20/2021 | $626.64 | 877762 | | 09/20/2021 | $813.96 | 877762 |
| | 10/18/2021 | $813.96 | 879507 | | 10/18/2021 | $626.65 | 879507 |
| | 11/17/2021 | $633.31 | 881217 | | 11/17/2021 | $822.62 | 881217 |
| | 12/13/2021 | $633.31 | 882836 | | 12/13/2021 | $822.62 | 882836 |
| | 01/10/2022 | $633.31 | 884484 | | 01/10/2022 | $822.62 | 884484 |
| | 02/14/2022 | $633.31 | 886197 | | 02/14/2022 | $822.62 | 886197 |
| | 04/18/2022 | $1,276.62 | 889630 | | 04/18/2022 | $1,658.22 | 889630 |
| | 05/16/2022 | $643.31 | 891317 | | 05/16/2022 | $835.60 | 891317 |
| | 06/20/2022 | $643.32 | 893022 | | 06/20/2022 | $835.61 | 893022 |
| | 07/18/2022 | $643.31 | 894696 | | 07/18/2022 | $835.60 | 894696 |
| | 09/19/2022 | $1,286.63 | 897902 | | 09/19/2022 | $1,671.21 | 897902 |
| | 10/17/2022 | $835.61 | 899546 | | 10/17/2022 | $643.31 | 899546 |
| | 12/12/2022 | $71.42 | 902661 | | 12/12/2022 | $92.76 | 902661 |
| | 03/13/2023 | $200.00 | 907304 | | 04/17/2023 | $3,628.80 | 908918 |
| | 06/12/2023 | $1,857.87 | 911975 | | 07/17/2023 | $1,838.21 | 913500 |
| | 08/14/2023 | $1,838.21 | 915018 | | 09/18/2023 | $3,676.42 | 916514 |
| | 11/13/2023 | $1,581.51 | 919433 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/13/2020 | $781.84 | 8001404 | | 02/10/2020 | $1,052.28 | 8001441 |
| | 03/16/2020 | $1,052.28 | 8001481 | | 04/20/2020 | $1,052.28 | 8001529 |
| | 05/18/2020 | $999.00 | 8001590 | | 07/20/2020 | $2,025.75 | 8001710 |
| | 08/17/2020 | $985.03 | 8001769 | | 12/12/2022 | $98.25 | 8003251 |
| | 01/09/2023 | $110.81 | 8003303 | | 02/13/2023 | $110.81 | 8003361 |
| | 03/13/2023 | $95.68 | 8003412 | | 11/13/2023 | $19.42 | 8003857 |
| | 12/11/2023 | $136.83 | 8003904 | | 01/08/2024 | $136.83 | 8003946 |
| | 06/17/2024 | $217.96 | 8004168 | | 07/15/2024 | $224.46 | 8004209 |
| | 08/19/2024 | $456.23 | 8004249 | | 10/21/2024 | $231.78 | 8004334 |

**Chapter 13 Case # 19-27068**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 12/12/2022 | $627.92 | 903201 | | 01/09/2023 | $708.21 | 904695 |
| | 02/13/2023 | $708.21 | 906285 | | 03/13/2023 | $611.51 | 907853 |
| | 11/13/2023 | $124.11 | 919921 | | 12/11/2023 | $874.52 | 921320 |
| | 01/08/2024 | $874.52 | 922670 | | 06/17/2024 | $1,392.99 | 929919 |
| | 07/15/2024 | $1,434.53 | 931287 | | 08/19/2024 | $2,915.89 | 932799 |
| | 10/21/2024 | $1,481.33 | 935669 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 12/12/2022 | $7.10 | 902058 | | 01/09/2023 | $8.01 | 903549 |
| | 02/13/2023 | $8.01 | 905053 | | 03/13/2023 | $6.92 | 906668 |
| | 12/11/2023 | $11.29 | 920215 | | 01/08/2024 | $9.89 | 921617 |
| | 06/17/2024 | $15.76 | 928688 | | 07/15/2024 | $16.23 | 930191 |
| | 08/19/2024 | $32.98 | 931589 | | 10/21/2024 | $16.75 | 934432 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 14, 2024.

Receipts: $108,249.00     -     Paid to Claims: $95,986.92     -     Admin Costs Paid: $9,230.58     =     Funds on Hand: $3,031.50

Unpaid Balance to Claims: $2,164.51     +     Unpaid Trustee Comp: $0.00     =     Total Unpaid Balance: **($866.99)

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.