UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 24, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph A. DeNola

| | |
|---|---|
| Case No.: | 19-27068 (SLM) |
| Hearing Date: | |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 24, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on _____January 23, 2025_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☒ Other: Pending Motion to Deem Mortgage Held as Current (Doc# 105) scheduled for 2/26/2025.

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*