Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27068−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. DeNola
   989 Garibaldi Pl.
   Township of Washington, NJ 07676

Social Security No.:
   xxx−xx−7611

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Joseph A. DeNola
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 18, 2025
JAN:

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                   Case No. 19-27068-SLM
Joseph A. DeNola                                                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                         Page 1 of 2
Date Rcvd: Feb 18, 2025            Form ID: ntcfncur                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

**Recip ID**             **Recipient Name and Address**
db                    +   Joseph A. DeNola, 989 Garibaldi Pl., Township of Washington, NJ 07676-4120

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025                          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

Denise E. Carlon
                                    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com

Kevin Gordon McDonald
                                    on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com   bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                                    magecf@magtrustee.com

Marie-Ann Greenberg
                                    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Regina Cohen
                                    on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com   mmalone@lavin-law.com

Susan S. Long
                                    on behalf of Debtor Joseph A. DeNola susan@susanlonglaw.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Feb 18, 2025 Form ID: ntcfncur Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7