UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:  201-549-2363
dcarlon@kmllawgroup.com
MidFirst Bank

**Order Filed on March 26, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-27068 SLM

In Re:
Joseph A. DeNola
Debtor

Hearing Date:  2/26/2025 @ 10:00 a.m.

Judge:  Stacey Meisel

## ORDER RESOLVING DEBTORS'S MOTION TO DEEM CURRENT

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 26, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Document      Page 2 of 2

**(Page 2)**
Debtor:  Joseph A. DeNola
Case No:  19-27068 SLM
Caption of Order:  ORDER RESOLVING DEBTOR'S MOTION TO DEEM CURRENT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a motion to deem current as to real property located at 989 Garibaldi Place Township of Washington, NJ 07676, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Susan S. Long, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 14, 2025, the loan is contractually due for February 1, 2025, with outstanding fees and costs of $973.36; and

It is further **ORDERED, ADJUDGED and DECREED** that the motion is hereby resolved.

| | |
|---|---|
| I hereby agree and consent to the above terms and conditions: | Dated: |
| /s/ Denise Carlon<br>DENISE CARLON, ESQ.<br>ATTORNEY FOR SECURED CREDITOR | 2/28/2025 |
| I hereby agree and consent to the above terms and conditions: | Dated: |
| /s/ Susan S. Long<br>SUSAN S. LONG, ESQ.<br>ATTORNEY FOR DEBTOR | 3/14/2025 |